UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ROBERTO SANTOS GUZMAN,

              Case No. 22-cv-7271

       Plaintiff,

    v.

THE MORGAN GROUP, LLC a/k/a MORGAN     **NOTICE OF APPEARANCE**
GROUP and a/k/a MORGAN GROUP LLC, 600
TRINITY LLC, and SCOTT MORGAN,

       Defendants.
----------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that the undersigned attorney, Meredith R. Miller of Miller

Law, PLLC, serving of counsel to Rapaport Law Firm, PLLC, hereby appears on behalf of

Plaintiff in connection with the above-captioned action.  Please take further notice that all

future correspondence and litigation documents should be forwarded to the attention of the

undersigned.

Dated:  August 26, 2022
    New York, New York

           Respectfully submitted,

           **RAPAPORT LAW FIRM, PLLC**

       By:  _____
           Meredith R. Miller, Esq.
           *Of Counsel*
           *Attorneys for Plaintiff*

           Miller Law, PLLC
           167 Madison Avenue, Suite 503
           New York, New York 10016
           (347) 878-2587
           meredith@millerlaw.nyc