UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERTO SANTOS GUZMAN,<br><br>     Plaintiff,<br><br>     -v.-<br><br>THE MORGAN GROUP LLC *also known as* MORGAN GROUP *also known as* MORGAN GROUP LLC; 600 TRINITY LLC; and SCOTT MORGAN,<br><br>     Defendants. | 22 Civ. 7271 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  On January 30, 2023, the Court was informed that the parties have reached a settlement in this case. (Dkt. #17). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement on or before **February 28, 2023**, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

  SO ORDERED.

Dated: January 31, 2023
    New York, New York

                      KATHERINE POLK FAILLA
                      United States District Judge